No. 741, Misc. CHASE *v.* OKLAHOMA. Court of Criminal Appeals of Oklahoma. Certiorari denied.

No. 743, Misc. BARNES *v.* NEW YORK. Appellate. Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 744, Misc. HAMMOND *v.* NORTH CAROLINA ET AL. Supreme Court of North Carolina. Certiorari denied.

No. 746, Misc. BOGAN *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 748, Misc. CLEMENTS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 749, Misc. GREULICH *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 753, Misc. DANIELS ET AL. *v.* ALASKA. Supreme Court of Alaska. Certiorari denied.

No. 754, Misc. WILLIAMS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 757, Misc. FEBUS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 758, Misc. BABB ET AL. *v.* SOUTH CAROLINA ET AL. Supreme Court of South Carolina. Certiorari denied.